MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax

Michael A. Caddell, *pro hac vice pending*
Cynthia B. Chapman, *pro hac vice pending*
Craig C. Marchiando, *pro hac vice pending*
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77018
(713) 751-0400
(713) 751-0906 fax

Leonard A. Bennett, *pro hac vice pending*
Matthew J. Erausquin, *pro hac vice pending*
CONSUMER LITIGATION ASSOCIATES P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
(757) 930-3660
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WELTONIA HARRIS, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>U.S. PHYSICAL THERAPY, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE AS TO INTERESTED PARTIES**

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Plaintiff certifies that the following have an interest in the outcome of this case:

. . .

. . .

. . .

There are no known interested parties other than Plaintiff(s) and Defendant(s) participating in this case.

DATED: September 3, 2010.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102
Attorney for Plaintiff