# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WELTONIA HARRIS, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

U.S. PHYSICAL THERAPY, INC.,

Defendant(s).

Case # 2:10-cv-01508-JCM-LRL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

---

MICHAEL A. CADDELL, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at **HOUSTON** (city), **HARRIS** (county), **TEXAS** (state).

2. That Petitioner is an attorney at law and a member of the law firm of **CADDELL & CHAPMAN, P.C.** with offices at **1331 LAMAR ST., SUITE 1070** (street address), **HOUSTON** (city), **77010** (zip code), **(713) 751-0400** (area code + telephone number), **mac@caddellchapman.com** (Email address)

3. That Petitioner has been retained personally or as a member of the law firm by __WELTONIA HARRIS__ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since __11/12/79__, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of __TEXAS__
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| SEE ATTACHED EXHIBIT A | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

NO

8. That Petitioner is a member of good standing in the following Bar Associations:

STATE BAR OF TEXAS, Bar No. 03576700
STATE BAR OF CALIFORNIA, Bar No. 249469

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*Michael A. Caddell*
Petitioner's Signature

STATE OF ___TEXAS___ )
COUNTY OF ___HARRIS___ )

___MICHAEL A. CADDELL___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Michael A. Caddell*
Petitioner's Signature

Subscribed and sworn to before me this
__4__ day of __August__, 2010.

*Sylvia Zuniga-Vargas*
Notary public or Clerk of Court

SYLVIA ZUNIGA-VARGAS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 17, 2012

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___MITCHELL D. GLINER___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

MITCHELL D. GLINER, CHTD., 3017 W. CHARLESTON BLVD. #95, LAS VEGAS, NV 89102
(702) 870-8700

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____MITCHELL D. GLINER_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ 3419
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated: this 16th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 02/06

# EXHIBIT A

## MICHAEL A. CADDELL COURT ADMISSIONS

| State | |
|---|---|
| Texas | 11/12/79 |
| California | 5/2007 |
| **Federal** | |
| **APPELLATE COURTS** | |
| U.S. Supreme Court | 1987 |
| U.S. Court of Appeals for the Second District | 1998 |
| U.S. Court of Appeals for the Fifth District | 1981 |
| U.S. Court of Appeals for the Sixth District | 2007 |
| U.S. Court of Appeals for the Seventh District | 2008 |
| U.S. Court of Appeals for the Ninth District | 2007 |
| U.S. Court of Appeals for the Eleventh District | 1981 |
| U.S. Court of Appeals for the Federal Circuit | 1984 |
| **DISTRICT COURTS** | |
| U.S. Court of Federal Claims | 1981 |
| U.S. District Court for the Northern District of Texas | 1982 |

| U.S. District Court for the Western District of Texas | 1982 |
|---|---|
| U.S. District Court for the Eastern District of Texas | 1980 |
| U.S. District Court for the Southern District of Texas | 1987 |
| U.S. District Court for the District of Colorado | 2005 |
| U.S. District Court for the Eastern District of Michigan | 2005 |
| U.S. District Court for the Western District of Wisconsin | 2008 |
| U.S. District Court for the Northern District of Florida | 2005 |
| U.S. District Court for the Central District of California | 2007 |
| U.S. District Court for the Northern District of California | 2008 |
| U.S. District Court for the Southern District of California | 2008 |
| U.S. District Court for the Eastern District of California | 2007 |
| U.S. District Court for the Northern District of Illinois | 2010 |