AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Weltonia Harris, individually and on behalf of all others similarly situated | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| U.S. Physical Therapy, Inc. | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  U.S. Physical Therapy, Inc.
c/o
National Registered Agents, Inc. of NV
1000 East William St., Suite 204
Carson City, NV 89701


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mitchell D. Gliner
MITCHELL D. GLINER, ATTORNEY AT LAW
3017 West Charleston Blvd., Suite 95
Las Vegas, Nevada 89102
Telephone: (702) 870-8700


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


LANCE S. WILSON                                          9/3/10
CLERK                                                    DATE
_Lance S. Wilson_
(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

STATE OF NEVADA )
COUNTY OF Washoe )

CHARLENE MENDOZA, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Thursday September 09 2010; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL CLASS ACTION COMPLAINT; NOTICE, CONSENT, AND REFERENCE TO A CIVIL ACTION TO A MAGISTRATE JUDGE; CERTIFICATE AS TO INTERESTED PARTIES**

**I served the same on Monday September 13 2010 at 03:18PM by:**

**Serving Defendant U.S. PHYSICAL THERAPY, INC. BY SERVING NATIONAL REGISTERED AGENTS, INC. OF NV, REGISTERED AGENT**

Substituted Service, by leaving the copies with or in the presence of: DENISE PERRY ON BEHALF OF NATIONAL REGISTERED AGENTS, INC., OF NV., REGISTERED AGENT, PURSUANT TO NRS 14.020 AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE ADDRESS OF THE REGISTERED AGENT AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED THE SECRETARY OF STATE. Authorized Agent. at the Defendant's Business located at 1000 E. WILLIAM ST. #204, CARSON CITY, NV 89701.

SUBSCRIBED AND SWORN to before me on this
~~Thursday September 16 2010~~
Friday 17

_____
Notary Public

Affiant: CHARLENE MENDOZA #Reg W/C 119360
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638


WENDY O. WANGBERG
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 01-66930-2 - Expires September 15, 2012

p1047918.8708700.312235  w