1  ALVERSON TAYLOR MORTENSEN
   & SANDERS
2  JONATHAN B. OWENS, ESQ.
   Nevada Bar No. 7118
3  SHILO BORJA, ESQ.
   Nevada Bar No. 9977
4  7401 West Charleston Blvd
5  Las Vegas, NV 89117
   Telephone:  702-384-7000
6  Facsimile:  702-385-7000

7  SEDGWICK, DETERT, MORAN& ARNOLD LLP
8  WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
   (wayne.mason@sdma.com)
9  DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be submitted*
   (dawn.mccord@sdma.com)
10 1717 Main Street, Suite 5400
   Dallas, TX 75201
11 Telephone:  (469) 227-8200
12 Facsimile:  (469) 227-8004
   Attorneys for Defendant,
13 U.S. Physical Therapy, Inc.

14                 IN THE UNITED STATES DISTRICT COURT

15                          DISTRICT OF NEVADA

16
   WELTONIA HARRIS, individually and on    )   Case No.  2:10-cv-1508-JCM-LRL
17 behalf of all others similarly situated,  )
                                            )
18                Plaintiff,                 )
                                            )
19        v.                                 )
                                            )
20 U.S. PHYSICAL THERAPY, INC.,             )
                                            )
21                Defendant.                 )
                                            )
22                                           )

23  **CERTIFICATE OF INTERESTED PARTIES REQUIRED BY LOCAL RULE 7.1-1**

24      The undersigned, ALVERSON, TAYLOR, MORTENSEN & SANDERS, counsel of

25
   record for Defendant, U.S. PHYSICAL THERAPY, INC., certifies that other than the named
26
   parties in this case, there are no parties with an interest in the outcome of this case.
27

28
                                      1                       19003–JBO

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    These representations are made to enable judges of the Court to evaluate possible

2  disqualification or recusal.

3    Dated this 5th day of October, 2010.

5                                ALVERSON TAYLOR MORTENSEN & SANDERS

6

7

8                                JONATHAN B. OWENS, ESQ.
                                 Nevada Bar No. 7118
9                                SHILO BORJA, ESQ.
                                 Nevada Bar No. 9977
10                               7401 West Charleston Blvd
11                               Las Vegas, NV 89117

12
                                 WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
13                               DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be*
                                 *submitted*
14                               SEDGWICK, DETERT, MORAN& ARNOLD LLP
                                 1717 Main Street, Suite 5400
15                               Dallas, TX 75201
16                               Attorneys for Defendant, U.S. Physical Therapy, Inc.

17

18                               CERTIFICATE OF SERVICE

19    I certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN &

20  SANDERS, and that on the 5th day of October, 2010, I deposited for mailing at Las Vegas,

21  Nevada, a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED**

22

23  **PARTIES REQUIRED BY LOCAL RULE 7.1-1,** in a sealed envelope with correct postage

24  prepaid thereon, addressed as follows:

25      Mitchell D. Gliner, Esq.
26      MITCHELL D. GLINER, ATTORNEY AT LAW
        3017 W. Charleston Blvd., Ste. 95
27      Las Vegas, NV  89102

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

2

19003~JBO

1   Michael A. Caddell, PHV pending
    Cynthia B. Chapman, PHV pending
2   Craig C. Marchiando, PHV pending
    CADDELL & CHAPMAN
3   1331 Lamar, Ste. 1070
    Houston, TX 77010-3027
4

5   Leonard A. Bennett, PHV pending
    Matthew J. Erausquin, PHV pending
6   CONSUMER LITIGATION ASSOCIATES
    12515 Warwick Blvd., Ste. 100
7   Newport News, VA 23606
    Attorneys for Plaintiffs
8

9                          _____
                           An Employee of Alverson, Taylor,
10                         Mortensen & Sanders

11

12  N:\jon.grp\z_client\19003\pleadings\Cert Int Parties

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

19003–JBO