1  ALVERSON TAYLOR MORTENSEN
   & SANDERS
2  JONATHAN B. OWENS, ESQ.
   Nevada Bar No. 7118
3  SHILO BORJA, ESQ.
   Nevada Bar No. 9977
4
   7401 West Charleston Blvd
5  Las Vegas, NV 89117
   Telephone:  702-384-7000
6  Facsimile:  702-385-7000

7
   SEDGWICK, DETERT, MORAN& ARNOLD LLP
8  WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
   (wayne.mason@sdma.com)
9  DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be submitted*
   (dawn.mccord@sdma.com)
10 1717 Main Street, Suite 5400
   Dallas, TX 75201
11 Telephone:  (469) 227-8200
   Facsimile:  (469) 227-8004
12 Attorneys for Defendant,
   U.S. Physical Therapy, Inc.
13

14                 IN THE UNITED STATES DISTRICT COURT

15                        DISTRICT OF NEVADA

16
   WELTONIA HARRIS, individually and on    )   Case No.  2:10-cv-1508-JCM-LRL
17 behalf of all others similarly situated,  )
                                            )
18              Plaintiff,                    )
                                            )
19        v.                                 )
                                            )
20 U.S. PHYSICAL THERAPY, INC.,              )
                                            )
21              Defendant.                    )
                                            )
22                                            )
                                            )
23

24                      **DEMAND FOR JURY TRIAL**

25

26     COMES NOW Defendant, U.S. PHYSICAL THERAPY, INC., by and through its

27 attorneys of record, ALVERSON, TAYLOR, MORTENSEN, AND SANDERS, and hereby

28
                                    1
                                                        19003–JBO

*(Left margin, vertical:)* ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    demands a trial by jury of all issues herein.

2

3    Dated this 5th day of October, 2010.

4

5                                 ALVERSON TAYLOR MORTENSEN
                                  & SANDERS

6

7

8                                 JONATHAN B. OWENS, ESQ.
                                  Nevada Bar No. 7118

9                                 SHILO BORJA, ESQ.
                                  Nevada Bar No. 9977

10                                7401 West Charleston Blvd
                                  Las Vegas, NV 89117

11

12                                WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
                                  DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be*

13                                *submitted*
                                  SEDGWICK, DETERT, MORAN& ARNOLD LLP

14                                1717 Main Street, Suite 5400
                                  Dallas, TX 75201

15                                Attorneys for Defendant, U.S. Physical Therapy, Inc.

16

17

18

19                            CERTIFICATE OF SERVICE

20         I certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN &

21    SANDERS, and that on the 5th day of October, 2010, I deposited for mailing at Las Vegas,

22    Nevada, a true and correct copy of the foregoing **DEMAND FOR JURY TRIAL,** in a sealed

23    envelope with correct postage prepaid thereon, addressed as follows:

24         Mitchell D. Gliner, Esq.

25         MITCHELL D. GLINER, ATTORNEY AT LAW
           3017 W. Charleston Blvd., Ste. 95

26         Las Vegas, NV  89102

27    . . .

28
                                          2                          19003-JBO

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    Michael A. Caddell, PHV pending
2    Cynthia B. Chapman, PHV pending
     Craig C. Marchiando, PHV pending
3    CADDELL & CHAPMAN
     1331 Lamar, Ste. 1070
4    Houston, TX 77010-3027

5    Leonard A. Bennett, PHV pending
6    Matthew J. Erausquin, PHV pending
     CONSUMER LITIGATION ASSOCIATES
7    12515 Warwick Blvd., Ste. 100
     Newport News, VA  23606
8    Attorneys for Plaintiffs

9                                    _Julie Allende_
10                                   An Employee of Alverson, Taylor,
                                     Mortensen & Sanders
11
     N:\jon.grp\z_client\19003\Pleadings\jury demd
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

3

19003-JBO