ALVERSON TAYLOR MORTENSEN & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 West Charleston Blvd
Las Vegas, NV 89117
Telephone: 702-384-7000
Facsimile: 702-385-7000
jowens@Alversontaylor.com

SEDGWICK, DETERT, MORAN & ARNOLD LLP
WAYNE B. MASON, ESQ., *pro hac vice pending*
(wayne.mason@sdma.com)
DAWN SHAWGER MCCORD, ESQ., *pro hac vice pending*
(dawn.mccord@sdma.com)
1717 Main Street, Suite 5400
Dallas, TX 75201
Telephone: (469) 227-8200
Facsimile: (469) 227-8004
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELTONIA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PHYSICAL THERAPY, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>2:10cv1508-JCM-LRL<br><br>U.S. PHYSICAL THERAPY, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL CLASS ACTION COMPLAINT |

COMES NOW, Defendant U.S. PHYSICAL THERAPY, INC. ("USPT"), by counsel, and files this Unopposed Motion for Leave to file its First Amended Answer to Plaintiff's Original Class Action Complaint ("Complaint") and states as follows:

1. USPT filed its Original Answer to Plaintiff's Original Class Action Complaint on October 4, 2010. On or about October 18, 2010, Plaintiff advised USPT of her intent to file a motion to strike USPT's defenses alleged in its Original Answer. In an effort to resolve the issue without the need for this Court's intervention, USPT has agreed to amend its answer to eliminate some defenses it originally pled without waiving the right to assert additional defenses identified during discovery.

1

2.  USPT's Amended Answer to Plaintiff's Original Class Action Complaint is attached to this motion as Exhibit A.

3.  There is no Scheduling Order in place at this time. Because the Amended Answer and this motion are timely, USPT requests that they be filed in the above referenced cause.

4.  Plaintiff does not object to USPT amending its defenses, but reserves the right to contest the defenses once filed and as discovery progresses.

WHEREFORE, Defendant USPT respectfully requests that this Court issue an Order permitting it to file its First Amended Answer to Plaintiff's Original Class Action Complaint, with the date of filing for the First Amended Answer being the date the Order is signed, and grant all other relief to which USPT has shown itself entitled.

DATED: October 22, 2010

Respectfully submitted,
ALVERSON TAYLOR MORTENSEN & SANDERS

_____ #9977
JONATHAN B. OWENS

WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be submitted*
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street. Suite 5400
Dallas, TX 75201
Attorneys for Defendant, U.S. Physical Therapy, Inc.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 10-26-10

## CERTIFICATE OF SERVICE

I certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS, and that on October 22, 2010, I deposited for mailing at Las Vegas, Nevada, a true and correct copy of the foregoing **U.S. PHYSICAL THERAPY, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL CLASS ACTION COMPLAINT,** in a sealed envelope with the correct postage prepaid thereon, addressed as follows:

Mitchell D. Gliner, Esq.
MITCHELL D. GLINER, ATTORNEY AT LAW
3017 W. Charleston Blvd., Ste. 95
Las Vegas, NV 89102

Michael A. Caddell, PHV pending
Cynthia B. Chapman, PHV pending
Craig C. Marchiando, PHV pending
CADDELL & CHAPMAN
1331 Lamar, Ste. 1070
Houston, TX 77010-3027

Leonard A. Bennett, PHV pending
Matthew J. Erausquin, PHV pending
CONSUMER LITIGATION ASSOCIATES
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606
Attorneys for Plaintiffs

_____
An Employee of Alverson, Taylor,
Mortensen & Sanders

3