1  ALVERSON TAYLOR MORTENSEN & SANDERS
   JONATHAN B. OWENS, ESQ.
2  Nevada Bar No. 7118
   7401 West Charleston Blvd
3  Las Vegas, NV 89117
   Telephone:  702-384-7000
4  Facsimile:  702-385-7000
   jowens@Alversontaylor.com
5
   SEDGWICK, DETERT, MORAN& ARNOLD LLP
6  WAYNE B. MASON, ESQ., *pro hac vice pending*
   (wayne.mason@sdma.com)
7  DAWN SHAWGER MCCORD, ESQ., *pro hac vice pending*
   (dawn.mccord@sdma.com)
8  1717 Main Street, Suite 5400
   Dallas, TX 75201
9  Telephone:  (469) 227-8200
   Facsimile:  (469) 227-8004
10 *Attorneys for Defendant*

11                 IN THE UNITED STATES DISTRICT COURT

12                          DISTRICT OF NEVADA

13 WELTONIA HARRIS, individually and on          )        CIVIL ACTION NO.
   behalf of all others similarly situated,      )        2:10cv1508-JCM-LRL
14                                               )
                Plaintiff,                       )
15                                               )   **JOINT STIPULATION TO**
        v.                                       )   **STAY DISCOVERY**
16                                               )
   U.S. PHYSICAL THERAPY, INC.,                  )
17                                               )
                Defendant.                       )
18 _____       )

19        Plaintiff Weltonia Harris, individually and on behalf of all others similarly situated

20 ("Plaintiff"), and Defendant U.S. Physical Therapy, Inc. ("USPT") file this Joint Stipulation to

21 Stay Discovery and respectfully state as follows:

22        1.      Plaintiff filed her Original Class Action Complaint on September 3, 2010,

23 alleging that USPT violated provisions of the Fair Credit Reporting Act ("FCRA").

24        2.      Defendant USPT filed its Original Answer on October 4, 2010 and its Amended

25 Answer on October 22, 2010.

26        3.      On October 20 and October 22, 2010, the parties conducted a conference

27 according to Federal Rule of Civil Procedure 26(f) and LR 26-1.

28

                                              1

4.       The Defendant has suggested that the parties should examine the identity of the proper defendants to this suit, the venue of this action, and the number of members of the putative class.  The Plaintiff has agreed that an expedited inquiry into these topics is appropriate at this time given the nature and scope of this class case.

5.       The parties wish to avoid burdening the Court with the implementation of a Discovery Plan and a Scheduling Order until this informal inquiry has been completed.

6.       As such, the parties request that discovery and scheduling deadlines, including discovery regarding class certification and the merits of the claims, be stayed for 60 days from the date of filing this stipulation while the parties work together to resolve these issues.

7.       Once the stay on discovery is lifted, assuming the case is still pending before this Court, the parties will submit a proposed Discovery Plan and Scheduling Order under Federal Rule of Civil Procedure 26(f) and LR 26-1.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court grant the Joint Stipulation to Stay Discovery and stay discovery in this matter for 60 days.

DATED:  November 3, 2010

Respectfully submitted,

MITCHELL D, GLlNER, ATTORNEY AT LAW


*/s/ Mitchell D. Gliner*
MITCHELL D. GLINER, ESQ.
3017 West Charleston Blvd., Suite 95
Las Vegas, Nevada 89102

Michael A. Caddell, *pro hac vice pending*
Cynthia B. Chapman, *pro hac vice pending*
Craig C. Marchiando, *pro hac vice pending*
CADDELL & CHAPMAN
131 Lamar, Ste. 1070
Houston, TX 77010-3027

Leonard A. Bennett, *pro hac vice pending*
Matthew J. Erausquin, *pro hac vice pending*
CONSUMER LITIGATION ASSOCIATES
12515 Warwick Blvd. Ste. 100
Newport News, VA 23606

Attorney for Plaintiffs

1

ALVERSON TAYLOR MORTENSEN & SANDERS

2

*/s/ Jonathan B. Owens*

3

JONATHAN B. OWENS

4

5

WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be submitted*

6

SEDGWICK, DETERT, MORAN& ARNOLD LLP

7

1717 Main Street. Suite 5400
Dallas, TX 75201

8

Attorneys for Defendant, U.S. Physical Therapy, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28