ALVERSON TAYLOR MORTENSEN & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 West Charleston Blvd
Las Vegas, NV 89117
Telephone:  702-384-7000
Facsimile:  702-385-7000
jowens@Alversontaylor.com

SEDGWICK, DETERT, MORAN& ARNOLD LLP
WAYNE B. MASON, ESQ., *pro hac vice to be submitted*
(wayne.mason@sdma.com)
DAWN SHAWGER MCCORD, ESQ., *pro hac vice to be submitted*
(dawn.mccord@sdma.com)
1717 Main Street, Suite 5400
Dallas, TX 75201
Telephone:  (469) 227-8200
Facsimile:  (469) 227-8004
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELTONIA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PHYSICAL THERAPY, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>2:10cv1508-JCM-LRL<br><br>**JOINT STIPULATION TO EXTEND STAY OF DISCOVERY** |

Plaintiff Weltonia Harris, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant U.S. Physical Therapy, Inc. ("USPT") file this Joint Stipulation to Stay Discovery and respectfully state as follows:

1.   Plaintiff filed her Original Class Action Complaint on September 3, 2010, alleging that USPT violated provisions of the Fair Credit Reporting Act ("FCRA").

2.   Defendant USPT filed its Original Answer on October 4, 2010 and its Amended Answer on October 22, 2010.

3.   On October 20 and October 22, 2010, the parties conducted a conference according to Federal Rule of Civil Procedure 26(f) and LR 26-1.

1

4. On November 5, 2010, the parties filed, and the Court entered, a Joint Stipulation to Stay Discovery while the parties engaged in an informal inquiry regarding the nature and scope of the class, including the identity of the proper defendants to this suit, the venue of this action, and the number of members of the putative class.

5. The parties have made significant progress in these endeavors and believe they are getting closer to reaching a resolution of this matter.

6. As such, the parties request that discovery and scheduling deadlines, including discovery regarding class certification and the merits of the claims, be stayed for an additional 45 days from the date of filing this stipulation while the parties continue to work together to reach an early resolution.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that this Court grant the Joint Stipulation to Extend Stay of Discovery and stay discovery in this matter for an additional 45 days.

DATED: January 5, 2011          Respectfully submitted,

MITCHELL D, GLlNER, ATTORNEY AT LAW

*/s/ Mitchell D. Gliner*
MITCHELL D. GLINER, ESQ.
3017 West Charleston Blvd., Suite 95
Las Vegas, Nevada 89102

Michael A. Caddell, *pro hac vice*
Cynthia B. Chapman, *pro hac vice*
Craig C. Marchiando, *pro hac vice*
CADDELL & CHAPMAN
131 Lamar, Ste. 1070
Houston, TX 77010-3027

Leonard A. Bennett, *pro hac vice*
Matthew J. Erausquin, *pro hac vice*
CONSUMER LITIGATION ASSOCIATES
12515 Warwick Blvd. Ste. 100
Newport News, VA 23606

Attorney for Plaintiffs

ALVERSON TAYLOR MORTENSEN & SANDERS

*/s/ Jonathan B. Owens*
JONATHAN B. OWENS

Wayne B. Mason, *pro hac vice to be submitted*
Dawn Shawger McCord, *pro hac vice to be submitted*
SEDGWICK, DETERT, MORAN & ARNOLD LLP
1717 Main Street. Suite 5400
Dallas, TX  75201

Attorneys for Defendant, U.S. Physical Therapy, Inc.