# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Weltonia Harris, individually and on behalf of all others similarly situated

    Plaintiff,

vs.

U.S. Physical Therapy, Inc.

    Defendant(s).

Case #_____

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Leonard Anthony Bennett_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Newport News_____.
(city)

_____Virginia_____.
(county)                                            (state)

2. That Petitioner is an attorney at law and a member of the law firm of

_____Consumer Litigation Associates, P.C._____ with offices at

_____12515 Warwick Boulevard, Suite 100_____
(street address)

_____Newport News_____, _____23606_____, _____(757) 930-3660_____
(city)                                    (zip code)         (area code + telephone number)

_____lenbennett@clalegal.com_____
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by __Weltonia Harris__ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since __11/1/1994__, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of __Virginia__
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of United States | 3/21/2005 | |
| Supreme Court of Virginia | 10/6/1994 | 37523 |
| Supreme Court of North Carolina | 4/7/1995 | 21576 |
| U.S. Court of Appeals - 3rd Circuit | 6/6/2007 | |
| U.S. Court of Appeals - 4th Circuit | 9/7/2007 | |
| U.S. Court of Appeals - 9th Circuit | 8/17/2009 | |
| U.S. District Court of North Carolina, Western District | 10/26/2007 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

5. (Continued)

| | |
|---|---|
| U.S. District Court of North Carolina (Eastern District) | 4/19/2005 |
| U.S. District Court of Wisconsin (Eastern District) | 3/9/2006 |
| U.S. District Court of Michigan (Eastern District) | 2/18/2004 |
| U.S. District Court of Illinois | 11/17/2003 |
| U.S. District Court of Virginia (Eastern District) | 11/18/1994 |
| U.S. District Court of Virginia (Western District) | 2004 |

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

Virginia Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ____VIRGINIA____ )
                          )
COUNTY OF __NEWPORT NEWS__ )

__LEONARD ANTHONY BENNETT__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this __9th__ day of __July__, __2010__.

_____
Notary public or Clerk of Court

DONNA L. WINTERS
Notary Public
Commonwealth of Virginia
206515
My Commission Expires Aug 31, 2012

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Mitchell D. Gilner__, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

3017 West Charleston Blvd., Suite 95
Las Vegas, Nevada 89102
Tel (702) 870-8700

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Mitchell D. Gilner_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   3419
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07,06