## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELTONIA HARRIS,<br><br>            Plaintiff,<br><br>v.<br><br>U.S. PHYSICAL THERAPY, INC,<br><br>            Defendant. | 2:10-cv-01508-JCM -VCF<br><br>**MINUTE ORDER**<br><br>Dated:  September 12, 2012 |

PRESENT:     THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:     Mai Tieu     RECORDER:     None

COUNSEL FOR PLAINTIFF(S):     None Appearing

COUNSEL FOR DEFENDANT(S):     None Appearing

     Before the court is the matter of *Harris v. U.S. Physical Therapy, Inc*. (Case No. 2:10-cv-01508-JCM-VCF).

     On May 31, 2012, plaintiff Weltonia Harris filed a motion for preliminary approval of class action settlement and related orders. (#47 and #48). On July 18, 2012, the undersigned Magistrate Judge issued a report and recommendation (hereinafter "R&R") recommending granting the relief sought in plaintiff's motion (#47 and #48). (#53). On August 9, 2012, the District Judge issued an order adopting the R&R, granting the motion for preliminary approval of class action settlement and related orders (#47 and #48), and remanding the final fairness hearing and the scheduling therefor to the undersigned Magistrate Judge. (#54).

     IT IS ORDERED that a telephonic conference to discuss the timing of dissemination of the notices of settlement and the date of the final fairness hearing is scheduled for September 18, 2012, at 9:00 a.m. (PDT). The conference will be held on the United States District Court's Meet Me Conference line: 702-868-4911, conference code 123456.

                                              **CAM FERENBACH**
                                              **UNITED STATES MAGISTRATE JUDGE**