1  Mitchell D. Gliner
   Nevada Bar No. 3419
2  MITCHELL D. GLINER, ATTORNEY AT LAW
   3017 West Charleston Blvd., Suite 95
3  Las Vegas, Nevada 89102
   Telephone: (702) 870-8700
4
5  Michael A. Caddell, (*pro hac vice*)
   (mac@caddellchapman.com)
6  Cynthia B. Chapman, (*pro hac vice*)
   (cbc@caddellchapman.com)
7  Craig C. Marchiando, (*pro hac vice*)
   (ccm@caddellchapman.com)
8  CADDELL & CHAPMAN
   1331 Lamar, Suite 1070
9  Houston, TX  77010
   Telephone:  (713) 751-0400
10 Facsimile:  (713) 751-0906

11 Leonard A. Bennett, (*pro hac vice*)
   CONSUMER LITIGATION ASSOCIATES P.C.
12 12515 Warwick Boulevard, Suite 100
   Newport News, VA 23606
13 Telephone: (757) 930-3660

14 *Attorneys for Plaintiff*

15                     IN THE UNITED STATES DISTRICT COURT

16                                DISTRICT OF NEVADA

17 WELTONIA HARRIS, individually and on  )   CIVIL ACTION NO.
   behalf of all others similarly situated,     )   2:10cv1508-JCM-VCF
18                                              )
              Plaintiff,                        )
19                                              )   [PROPOSED] **ORDER GRANTING**
       v.                                       )   **PLAINTIFF'S UNOPPOSED MOTION**
20                                              )   **FOR TELEPHONIC APPEARANCE**
   U.S. PHYSICAL THERAPY, INC.,                 )
21                                              )
              Defendant.                        )
22                                              )

23        Before the Court is Plaintiff's motion for leave to permit one if her attorneys, Craig C.

24 Marchiando, to appear telephonically at the Final Approval Hearing for the Parties' class action

25 settlement. As this appearance will permit the Parties to save the expense of travel for Mr.

26 Marchiando and Defendants do not oppose a telephonic appearance, the Court is of the opinion

27 that the Motion should be GRANTED.

28

                                               1

IT IS THEREFORE ORDERED that Plaintiff's Counsel, Craig C. Marchiando, may appear by telephone at the Court's December 7, 2012 hearing on Final Approval of this class-action settlement.  The Court's call in number is 702-868-4911, passcode 123456.

SO ORDERED, this the ___30th___ day of ___November___, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following counsel of record:

| | |
|---|---|
| Jonathan B. Owens (NSB No.: 7118)<br>Alverson Taylor Mortensen & Sanders<br>7401 West Charleston Blvd.<br>Las Vegas, NV 89117<br>Telephone: (702) 384-7000<br>Facsimile: (702) 385-7000 | Dawn S. McCord, (*pro hac vice*)<br>dawn.mccord@sdma.com<br>Sedgwick LLP<br>1717 Main St., Suite 5400<br>Dallas, TX 75201<br>Telephone: (469) 227-8200<br>Facsimile: (469) 227-8004 |

*Attorneys for Defendant U.S. Physical Therapy, Inc.*

/s/ Craig C. Marchiando
Craig C. Marchiando