Mitchell D. Gliner
Nevada Bar No. 3419
MITCHELL D. GLINER, ATTORNEY AT LAW
3017 West Charleston Blvd., Suite 95
Las Vegas, Nevada 89102
Telephone: (702) 870-8700

Michael A. Caddell, (*pro hac vice*)
(mac@caddellchapman.com)
Cynthia B. Chapman, (*pro hac vice*)
(cbc@caddellchapman.com)
Craig C. Marchiando, (*pro hac vice*)
(ccm@caddellchapman.com)
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX  77010
Telephone:  (713) 751-0400
Facsimile:  (713) 751-0906

Leonard A. Bennett, (*pro hac vice*)
CONSUMER LITIGATION ASSOCIATES P.C.
12515 Warwick Boulevard, Suite 100
Newport News, VA 23606
Telephone: (757) 930-3660

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WELTONIA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PHYSICAL THERAPY, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>2:10cv1508-JCM-VCF<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR *CY PRES* DISTRIBUTION OF SETTLEMENT FUNDS** |

Plaintiff has moved the Court for permission to distribute the funds remaining from the settlement of this case to charity.  Plaintiff has selected, and the Defendant does not oppose, as the proposed recipient of these funds The Public Justice Foundation.  Having considered the Motion, the applicable law, and the record in this case, the Court is of the opinion that the Motion should be GRANTED.

1

IT IS HEREBY ORDERED that the $10,000 in unclaimed funds from the settlement of this case be donated to The Public Justice Foundation.

SO ORDERED, March 20, 2014.

_____
UNITED STATES DISTRICT JUDGE